UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTINE ESSER SLENTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CAUSE NO. 1:16-CV-02568-JMS-MJD |
| | ) |
| EMMIS OPERATING COMPANY, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO STRIKE

Defendant, by counsel, moves to strike (a) the Declaration of Gwen Wilson [Filing No. 54-1], Declaration of Larry Downes [Filing No. 54-2], and Second Declaration of Kristine Esser Slentz [Filing No. 54-3] that Plaintiff has submitted in opposition to Defendant's Motion for Summary Judgment and (b) Plaintiff's Surreply in Opposition to Motion for Summary Judgment [Filing No. 55] to the extent it relies on those Declarations.  Defendant's basis for this Motion is set forth in Defendant's Memorandum In Support Of Motion To Strike filed contemporaneously herewith.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By: /s/ Craig M. Borowski
Craig M. Borowski (#22280-49)
Rozlyn M. Fulgoni-Britton (#28574-49)
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  craig.borowski@FaegreBD.com
            rozlyn.fulgoni-britton@FaegreBD.com

*Attorneys for the Defendant*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 14, 2017, the foregoing was filed using the Court's CM/ECF system.  Parties can access this filing through that system, which will send notice to the following:

>John H. Haskin
>Samuel M. Adams
>JOHN H. HASKIN & ASSOCIATES
>255 N. Alabama Street, 2nd Floor
>Indianapolis, IN  46204
>jhaskin@jhaskinlaw.com
>sadams@jhaskinlaw.com

>s/ Craig M. Borowski