UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTINE ESSER SLENTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:16-CV-02568-JMS-MJD |
| ) | |
| EMMIS OPERATING COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO STRIKE**

For the first time along with her Surreply in Opposition to Motion for Summary Judgment, Slentz has filed three new Declarations from Gwen Wilson [Filing No. 54-1], Larry Downes [Filing No. 54-2], and herself [Filing No. 54-3]. These Declarations are untimely and improper, and Emmis moves to strike them and Plaintiff's Surreply to the extent it relies on them.

In its Reply Brief in Support of Motion for Summary Judgment, Emmis challenged the admissibility of purported facts and evidence Slentz submitted in Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment ("Response Brief"), including on hearsay grounds. Slentz now attempts to cure evidentiary issues by filing these new Declarations. She could have filed them with her Response Brief but did not. She offers no explanation for that failure, and there is none as these witnesses were known to Slentz and their Declarations could have and should have been secured and filed with her Response Brief.

Local Rule 56-1(b) requires the party opposing summary judgment to respond and submit, at that time, any evidence not already in the record on which the party relies to oppose the motion. A plaintiff's attempt to cure defects in admissibility of evidence with respect to her

own summary judgment response by filing new evidence with a surreply is improper. *Estate of Williams v. Indiana State Police*, 26 F. Supp. 3d 824, 837–39 (S.D. Ind. 2014) (Magnus-Stinson, J) (refusing to consider new evidence filed with plaintiffs' surreply and, accordingly, finding that certain evidence plaintiffs submitted with response brief remained inadmissible), *aff'd sub nom. Williams v. Indiana State Police Dep't*, 797 F.3d 468 (7th Cir. 2015). As this Court noted in *Estate of Williams*, even though plaintiffs were permitted to file a surreply under the local rules, that did "not permit Plaintiffs to file additional evidence, as the Local Rules are clear that all of Plaintiffs' evidence should have been filed with the response brief, see Local Rule 56-1(b)." *Id; see also U.S. ex rel. Abner v. Jewish Hosp. Health Care Servs.*, No. 4:05-CV-106-RLY-WGH, 2010 WL 811288, at *1 (S.D. Ind. Mar. 3, 2010) (granting defendant's motion to strike plaintiff's surreply supporting affidavit, noting that a "party is not entitled to hold back evidence until the filing of a surreply").

  Slentz could have and should have submitted these Declarations with her Response Brief. She should not now be permitted to file this new evidence for the first time in connection with her Surreply, when Emmis does not get the opportunity to reply as the Local Rules afforded it had she timely filed them with her Response in the first place. For all the foregoing reasons, (a) the Declaration of Gwen Wilson [Filing No. 54-1], Declaration of Larry Downes [Filing No. 54-2], and Second Declaration of Kristine Esser Slentz [Filing No. 54-3] and (b) Slentz's Surreply to the extent it relies on those Declarations should be stricken and disregarded in deciding Defendant's Motion for Summary Judgment.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By: /s/ Craig M. Borowski
Craig M. Borowski (#22280-49)
Rozlyn M. Fulgoni-Britton (#28574-49)
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:   craig.borowski@FaegreBD.com
            rozlyn.fulgoni-britton@FaegreBD.com

*Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 14, 2017, the foregoing was filed using the Court's CM/ECF system.  Parties can access this filing through that system, which will send notice to the following:

John H. Haskin
Samuel M. Adams
JOHN H. HASKIN & ASSOCIATES
255 N. Alabama Street, 2nd Floor
Indianapolis, IN  46204
jhaskin@jhaskinlaw.com
sadams@jhaskinlaw.com

/s/ Craig M. Borowski

-3-

US.115039535.03